In The United States District Court of Tennessee
For The Middle District
At Nashville

RECEIVED IN CLERK'S OFFICE JUN 27 2014 U.S. DISTRICT COURT MID. DIST. TENN.

Mell T. Bru'ton - Pro Se

*ORDER This motion is DENIED for Plaintiff's failure to comply with the Court's Order to pay the filing fee (D/E No 7)*

VS

No: 3:14-mc-00726

Tommy Mills, et al

Cheif Judge Haynes

*WJH 7-24-14*

## Motion For Court to Rule on Fraud Pleading Verifying Reception or Order/Mandate Post Master Produce Mail Documented on Institutional Log Record Book. Re.submit Copy Minus Innumerous Documents Verifying Government Conspiricy

Comes pleader Mell Thomas Bru'ton pro-se indigent humbly before honorable cheif Justice William Haynes via Certified U.S. mail requesting Prima facie to demostrate Fraud of Lower Court, Former assistant district attorney, Former appointed attorney, Former Community Corrections officer, Former Parole officer, Current government employees, Current institution, Parole Board, current Warden, former Corrections Corporations of America (CCA) causing the death of father and Wrongful incarceration of pleader. Pleader submit to district Court...

a). Copy of pleading of Fraud/denovo submitted to T.C.I.X. mail room April 8, 2014 (Table of Contents) A—X—Last Will