# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MELL T. BRUTON                    ]
                                  ]
    **Plaintiff,**          ]
                                  ]
v.                                ]    **Case No. 3:14-mc-0726**
                                  ]    **Chief Judge Haynes**
TOMMY MILLS, et al.               ]
                                  ]
    **Defendants.**         ]

## O R D E R

Plaintiff, Mell T. Burton, an inmate at the Turney Center Industrial Prison in Only, Tennessee, has filed a Notice of Appeal (Docket Entry No.14) without paying the requisite filing fee or submitting an application to proceed on appeal *in forma pauperis*.

Plaintiff has previously filed at least four actions in federal court that were dismissed for being either frivolous or for failure to state a claim. *See* Docket Entry No. 7. He has not, however, shown that he is in imminent danger of serious physical harm. 28 U.S.C. § 1915(g). Therefore, the Plaintiff can not pursue his appeal as a pauper.

Accordingly, Plaintiff is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to remit the full appellate filing fee of five hundred five dollars ($505.00). Plaintiff is forewarned that, should he fail to comply with the instructions of the Court, the full amount of the filing fee will be assessed against him and his appeal may be dismissed for want of prosecution. In re Alea, 286 F.3d 378, 382 (6th Cir. 2002).

The Clerk is instructed to forward a copy of this order to the Clerk for the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

**ENTERED** this the 15 day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court

1